## United States District Court
### Violation Notice

CVB Location Code: **EV66**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7333648 | Glaze | 205 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 12/25/17 0535 | VA 46.2-894 |

Place of Offense: N/B GWMP @ E Abingdon Drive

Offense Description; Factual Basis for Charge: Leaving Scene of Accident With Injuries

HAZMAT ☐

### DEFENDANT INFORMATION
Phone: (202) 883-9214

| Last Name | First Name | M.I. |
|---|---|---|
| Cormack | Curtis | E |

Street Address: 1658 F Street NE

| City | State | Zip Code | Date of Birth (mm/dd/yy) |
|---|---|---|---|
| Washington | D.C. | 20002 | 11/10/1986 |

Driver's License No.: COL ☐ D.L. State | Social Security No.: 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

☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair: BLK | Eyes: BRO | Height: 5'09" | Weight: 180

### VEHICLE VIN:

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| VZN1632 | VA | 02 | NISSAN Altima | | BLK |

CMV ☐

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
U.S. District Court
401 Courthouse Square
Alexandria, VA 22314
(703) 299-2100

Date (mm/dd/yyyy): 01/09/2018
Time (hh:mm): 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: *[signed]*

(Rev. 09/2015)   Original - CVB Copy

□po 3318

## United States District Court
### Violation Notice

CVB Location Code: **EV66**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7333649 | Glaze | 205 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 12/25/17  0535 | CFR 4.22(b)(3) |

Place of Offense: N/B GWMP @ E Abingdon Drive

Offense Description: Factual Basis for Charge: Fail to Maintain Proper Control

HAZMAT ☐

7333649

---

**DEFENDANT INFORMATION** Phone: (202) 883-9214

| Last Name | First Name | M.I. |
|---|---|---|
| Cormack | Curtis | E |

Street Address: 1658 F Street NE

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Washington | DC | 20002 | 11/10/1986 |

Drivers License No.: | CDL ☐ | D.L. State | Social Security No.: 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

☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair: BK | Eyes: Bro | Height: 5'01" | Weight: 180

**VEHICLE** VIN: | CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| VZN1632 | VA | 02 | NIS Altima | | BLK |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| U.S. District 401 Courthouse Square Alexandria, VA 22314 (703) 299-2100 | 01/09/2018 |
| | Time (hh:mm): 0900 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: *Curtis Cormack*

(Rev. 09/2015)   Original - CVB Copy

17 po 3318

**United States District Court**
**Violation Notice**

CVB Location Code: EV66

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7333650 | Glaze | 205 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 12/25/17 0535 | VA 46.2-300 |

Place of Offense: N/B GWMP @ E Abingdon Drive

Offense Description: Factual Basis for Charge — HAZMAT ☐
No Operator's License

**DEFENDANT INFORMATION** Phone: (202) 887-9214

Last Name: Cormack
First Name: Curtis
M.I.: E.

Street Address: 1658 F Street NE
City: Washington
State: D.C.
Zip Code: 20002
Date of Birth: 11/10/1986

Social Security No.: 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

☒ Adult ☐ Juvenile    Sex ☒ Male ☐ Female
Hair: Blk    Eyes: Brn    Height: 5'09"    Weight: 180

**VEHICLE** VIN:    CMV ☐

Tag No.: VZN1632
State: VA
Year: 02
Make/Model: NISS Altima
PASS ☐
Color: Blk

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**

Court Address: U.S. District Court, 401 Courthouse Square, Alexandria, VA 22314
Date: 01/09/2018
Time: 0900

X Defendant Signature: _Curtis Cormack_

(Rev. 09/2015)    Original - CVB Copy

17po3318

## United States District Court Violation Notice

CVB Location Code: EV66

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7334601 | Glaze | 205 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 12/25/17 0535 | VA 46.2-707 |

Place of Offense: N/B GWMP @ E Abingdon Drive

Offense Description: Factual Basis for Charge — Operating Uninsured Vehicle

HAZMAT ☐

**DEFENDANT INFORMATION** Phone: (202) 883-4214

| Last Name | First Name | M.I. |
|---|---|---|
| Cormack | Curtis | E. |

Street Address: 1658 F Street NE

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Washington | D.C. | 20002 | 11/10/1986 |

Drivers License No. | CDL ☐ | D.L. State | Social Security No. 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

☒ Adult ☐ Juvenile  Sex ☒ Male ☐ Female  Hair: Blk  Eyes: Bro  Height: 5'07"  Weight: 180

**VEHICLE** VIN:  CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| VZN1632 | VA | 02 | NIS Altima | | Blk |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**

Court Address: U.S. District Court, 401 Courthouse Square, Alexandria, VA 22314

Date: 01/09/2018  Time: 0900

X Defendant Signature: Curtis Cormack

(Rev. 09/2015)  Original - CVB Copy

17po3318